# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2026

Lyle W. Cayce
Clerk

No. 25-50380
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRAYAM GUERRA LICON,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:24-CR-195-1

———————————

Before DAVIS, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Brayam Guerra Licon appeals his conviction and sentence for receipt or possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). As he concedes, his Second Amendment challenge is foreclosed. *See United States v. Peterson*, 161 F.4th 331, 337-41 (5th Cir. 2025), *petition for cert. filed* (U.S. Mar. 9, 2026) (No. 25-1076).

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50380

In addition, we agree with the parties that the written judgment conflicts with the district court's oral pronouncement of sentence. *See United States v. Schultz*, 88 F.4th 1141, 1146-47 (5th Cir. 2023). In the oral pronouncement, the district court ordered the sentence to run concurrently with any sentence issued in a then-pending case in Ector County. The written judgment states that the sentence is to run consecutively to any sentence imposed in the Ector County case.

Accordingly, the judgment is AFFIRMED in part, VACATED in part, and REMANDED to the district court to amend the written judgment to conform with the oral pronouncement.